UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25-cr-547-SDM-NHA
18 U.S.C. § 875(c)

MYLES M. MCQUADE

(Interstate Threat to Injure)

## INFORMATION

The Unites States Attorney charges:



### COUNT ONE
**(Interstate Threat to injure)**

On or about September 12, 2025, in the Middle District of Florida, and elsewhere, the defendant,

MYLES M. MCQUADE,

did knowingly transmit, in interstate and foreign commerce, a communication containing a true threat to injure and kill the person of another, that is, U.S. CONGRESSWOMAN 1, including social media posts stating: "Niqqer. When this country falls I'm going to kill your children in front of you then cut your head off," and "[U.S. CONGRESSWOMAN 1] I'm going to kill you, you dirty subhuman nigger and I'll eat your monkey children for protein. Go back to Somalia before its too late," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

GREGORY W. KEHOE
United States Attorney

By: _____
Joseph H. Wheeler, III
Special Assistant United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney
Chief, Special Prosecutions Section

3